IN THE UNITED STATES BANKRUPTCY COURT
FOR THE          DISTRICT OF PUERTO RICO

IN RE: Refresquería Cupey, Inc.                     CASE NO. 10- 06009


            Debtor(s).

## VERIFICATION OF CREDITOR MATRIX

    The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my/our knowledge and that it corresponds to the creditors listed in my/our schedules.

Date:  July 15, 2010

_____
Debtor

_____
Joint Debtor